**CADES SCHUTTE**
A Limited Liability Law Partnership
KRISTIN S. SHIGEMURA        6957-0
ALLISON MIZUO LEE            7619-0
1000 Bishop Street, Suite 1200
Honolulu, Hawai'i  96813-4212
Telephone: (808) 521-9200
Facsimile:  (808) 521-9210
Email: kshigemura@cades.com
Email: alee@cades.com

**WILSON SONSINI GOODRICH & ROSATI, PC**
AMIT Q. GRESSEL (Admitted *Pro Hac Vice*)
1 Market Plaza, Spear Tower, Suite 3300
San Francisco, California  94105
Telephone: (415) 947-2000
Facsimile:  (415) 947-2099
Email:  agressel@wsgr.com

BRIAN M. WILLEN (Admitted *Pro Hac Vice*)
1301 Avenue of the Americas, 40th Floor
New York, New York  10019-6022
Telephone:  (212) 999-5800
Facsimile:  (212) 999-5899
Email:  bwillen@wsgr.com

Attorneys for Defendants
ALPHABET, INC. and
GOOGLE LLC, dba YOUTUBE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| M.E.O.W.I.E. FOUNDATION INC. dba BEACH BROADCAST and CARROL HALL,<br><br>Plaintiffs,<br><br>vs.<br><br>ALPHABET, INC.; GOOGLE LLC, dba YOUTUBE; XXVI HOLDINGS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; and DOE PARTNERSHIPS 1-50,<br><br>Defendants. | CIVIL NO. 21-cv-00215-DKW-WRP<br><br>**DEFENDANTS ALPHABET, INC. AND GOOGLE LLC'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER**<br><br>**MEMORANDUM IN SUPPORT OF MOTION**<br><br>**DECLARATION OF ALLISON MIZUO LEE**<br><br>**EXHIBITS 1-5**<br><br>**CERTIFICATE OF SERVICE** |

**DEFENDANTS ALPHABET, INC. AND
GOOGLE LLC'S MOTION TO DISMISS
OR IN THE ALTERNATIVE, TO TRANSFER**

Defendants Alphabet, Inc. and Google LLC dba YouTube (collectively

"**YouTube**" or "**Defendants**") file this Motion to Dismiss for failure to state

a claim under the Federal Rules of Civil Procedure 12(b)(6).  The Defendants

request that the Court dismiss Plaintiffs M.E.O.W.I.E. Foundation Inc., dba

Beach Broadcast and Carrol Hall ("**Plaintiffs**") Second Amended Complaint,

filed on June 29, 2021 [Doc. 14], with prejudice. Plaintiffs' Second Amended

Complaint is barred in its entirety by Section 230 of the Communications

Decency Act.  Plaintiffs' claims also fail on the merits.  Finally, should the Court decline to dismiss this action, Defendants request that the Court transfer the case to the Northern District of California, pursuant to the forum selection clause.

This Motion is made following the conferences of counsel pursuant to LR 7.8 which took place on April 29, 2021 and July 9, 2021.  As of the filing of this Motion, the parties are unable to reach a resolution which eliminates the necessity for the Motion.

DATED:  Lihue, Hawaii, July 13, 2021.

CADES SCHUTTE, LLP

*/s/ Allison Mizuo Lee*
ALLISON MIZUO LEE
KRISTIN S. SHIGEMURA

Attorneys for Defendants
ALPHABET, INC. and
GOOGLE LLC, dba YOUTUBE

ImanageDB:6081315.2