CAIN & HERREN, ALC
ATTORNEYS AT LAW
Michael J. Collins #9087
2141 W. Vineyard Street
Wailuku, Hawai'i 96793
Tel:   (808) 242-9350
Fax:   (808) 242-6139
Email: mike@cainandherren.com

*Attorneys for Plaintiffs' M.E.O.W.I.E. Foundation Inc. dba*
*Beach Broadcast, and CARROL HALL*

### IN THE UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| M.E.O.W.I.E. FOUNDATION INC. dba BEACH BROADCAST; and CARROL HALL,<br><br>Plaintiffs,<br><br>vs.<br><br>ALPHABET, INC.; GOOGLE LLC, dba YOUTUBE; XXVI HOLDINGS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; and DOE PARTNERSHIPS 1-50,<br><br>Defendants. | Case No. 4:21-cv-07421 LHK<br><br>NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL; CERTIFICATE OF SERVICE |

## NOTICE OF WITHDRAWAL AND
## <u>SUBSTITUTION OF COUNSEL</u>

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Northern District of California Local Rule 11-5, the undersigned, Michael J. Collins, withdraws as counsel for PLAINTIFFS M.E.O.W.I.E. FOUNDATION INC. dba BEACH BROADCAST and CARROL HALL in the above-captioned matter, as counsel is not licensed to practice in California.

PLEASE TAKE FUTHER NOTICE that Plaintiff CARROL HALL will be substituted in as PRO SE PLAINTIFF and will appear as counsel of record for Plaintiffs' going forward.

All pleadings and correspondence should be directed to Carrol Hall.

Dated: October *14*, 2021

Respectfully Submitted,

Respectfully Submitted,

  /s/ Michael J. Collins
Michael J. Collins, Esq.
CAIN & HERREN, ALC
2141 W. Vineyard Street
Wailuku, Hawai'i 96793

Carrol Hall, *Pro Se*
1215 S. Kihei Rd, Ste. O
PMB 163
Kihei, Maui, Hawaii 96753

*Withdrawing Counsel for Plaintiffs*

*Substituting Pro Se Plaintiff*

CAIN & HERREN, ALC
ATTORNEYS AT LAW
Michael J. Collins    #9087
2141 W. Vineyard Street
Wailuku, Hawai'i 96793
Tel:    (808) 242-9350
Fax:    (808) 242-6139
Email: mike@cainandherren.com

*Attorneys for Plaintiffs' M.E.O.W.I.E. Foundation Inc. dba
Beach Broadcast, and CARROL HALL*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| M.E.O.W.I.E. FOUNDATION INC. dba BEACH BROADCAST; and CARROL HALL,<br><br>Plaintiffs,<br><br>vs.<br><br>ALPHABET, INC.; GOOGLE LLC, dba YOUTUBE; XXVI HOLDINGS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; and DOE PARTNERSHIPS 1-50,<br><br>Defendants. | Civil No. 21-cv-00215 DKW-WRP<br><br>[PROPOSED] ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

IT IS SO ORDERED:

Michael J. Collins, withdraws as counsel for PLAINTIFFS M.E.O.W.I.E. FOUNDATION INC. dba BEACH BROADCAST and CARROL HALL in the above-captioned matte; and

Plaintiff CARROL HALL will be substituted in as PRO SE PLAINTIFF and will appear as counsel of record for Plaintiffs' going forward.

All pleadings and correspondence should be directed to Carrol Hall.

DATED: _____, 2021

HONORABLE LUCY H. KOH

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of PLAINTIFFS M.E.O.W.I.E.

FOUNDATION INC. dba BEACH BROADCAST and CARROL HALL'S NOTICE OF

WITHDRAWAL AND SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER

PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL was served

upon the party listed below through the Court's CM/ECF electronic mail on the date

indicated below:

| | |
|---|---|
| CADES SCHUTTE<br>A Limited Liability Law Partnership<br>KRISTIN S. SHIGEMURA 6957-0<br>ALLISON MIZUO LEE 7619-0<br>1000 Bishop Street, Suite 1200<br>Honolulu, Hawai'i 96813-4212<br>Telephone: (808) 521-9200<br>Facsimile: (808) 521-9210<br>Email: kshigemura@cades.com<br>Email: alee@cades.com | WILSON SONSINI GOODRICH &<br>ROSATI, PC<br>AMIT Q. GRESSEL<br>(Admitted Pro Hac Vice)<br>1 Market Plaza, Spear Tower, Suite 3300<br>San Francisco, California 94105<br>Telephone: (415) 947-2000<br>Facsimile: (415) 947-2099<br>Email: agressel@wsgr.com |
| BRIAN M. WILLEN (Admitted Pro Hac Vice)<br>1301 Avenue of the Americas, 40th Floor<br>New York, New York 10019-6022<br>Telephone: (212) 999-5800<br>Facsimile: (212) 999-5899<br>Email: bwillen@wsgr.com | |

Dated: Wailuku, Maui, Hawaii, Thursday, October 14, 2021.

CAIN & HERREN, ALC

/s/ Michael J. Collins
Michael J. Collins, Esq.
*Attorneys for Plaintiffs M.E.O.W.I.E.*
*Foundation Inc. dba Beach Broadcast*
*and CARROL HALL*