DAVID H. KRAMER, State Bar No. 168452
AMIT Q. GRESSEL, State Bar No. 307663
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com; agressel@wsgr.com

Attorneys for Defendants
ALPHABET, INC.; GOOGLE LLC, dba
YOUTUBE; XXVI HOLDINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| M.E.O.W.I.E. FOUNDATION INC. dba BEACH BROADCAST and Caroll Hall,<br><br>Plaintiffs,<br><br>v.<br><br>ALPHABET, INC.; GOOGLE LLC, dba YOUTUBE; XXVI HOLDINGS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; and DOE PARTNERSHIPS 1-50,<br><br>Defendants. | CASE NO.: 5:21-cv-07421-EJD<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AND PROPOSED ORDER** |

The parties to this action, Plaintiffs Carrol Hall and M.E.O.W.I.E. Foundation Inc. dba Beach Broadcast ("Plaintiffs") and Defendants Alphabet, Inc., Google LLC dba YouTube, and XXVI Holdings, Inc. (collectively "Google" or "Defendants') pursuant to Federal Rule of Civil Procedure 41 hereby stipulate to a dismissal with prejudice of this action, including all claims brought against Defendants. Each side will bear its own attorneys' fees and costs.

DATED:  January 11, 2022

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Amit Q. Gressel
      David H. Kramer
      Amit Q. Gressel

DATED:  January 11, 2022

By: _____
      Carrol Hall on behalf of herself and as a
      director of M.E.O.W.I.E. Foundation, Inc.

**PROPOSED] ORDER**

The parties' stipulation is approved.  The entire action, including all claims brought by Carrol Hall and M.E.O.W.I.E. Foundation, Inc., is dismissed with prejudice.

Dated:

_____
The Honorable Edward J. Davila
United States District Court Judge